IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID LEWIS WILEY, | No. CIV S-05-1683-GEB-CMK-P |
| Petitioner, | |
| vs. | ORDER |
| D.L. OLLISON, Warden, | |
| Respondent. | |
| _____/ | |

        Petitioner, a state prisoner proceeding pro se, brings this petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254. Pending before the court is petitioner's amended petition for a writ of habeas corpus (Doc. 12), filed on December 19, 2005.[1]

        The court has examined the petition as required by Rule 4 of the Federal Rules Governing Section 2254 Cases. It does not plainly appear from the petition and any attached exhibits that petitioner is not entitled to relief. See id. Respondent, therefore, will be directed to

---

[1] The original petition was dismissed with leave to amend because petitioner did not name the correct respondent. The amended petition names the correct respondent. The Clerk of the Court will be directed to update the court's docket to reflect the above caption.

file a response to petitioner's petition. See id. If respondent answers the petition, such answer must comply with Rule 5 of the Federal Rules Governing Section 2254 Cases. Specifically, an answer shall be accompanied by any and all transcripts or other documents relevant to the determination of the issue(s) presented in the petition. See id.

        Accordingly, IT IS HEREBY ORDERED that:

        1.    The Clerk of the Court is directed to update the court's docket to reflect the caption above by terminating "People of the State of California" as a respondent, and adding "D.L. Ollison, Warden" as the only respondent.

        2.    Respondent is directed to file a response to petitioner's amended petition within 30 days from the date of service of this order;

        3.    Petitioner's traverse or reply (if respondent files an answer to the petition), if any, or opposition or statement of non-opposition (if respondent files a motion in response to the petition) shall be filed and served within 30 days of service of respondent's response; and

        4.    The Clerk of the Court shall serve a copy of this order, together with a copy of petitioner's petition for a writ of habeas corpus on Jo Graves, Senior Assistant Attorney General.

DATED: April 5, 2006.

                                                    */s/ Craig M. Kellison*
                                                    **CRAIG M. KELLISON**
                                                    UNITED STATES MAGISTRATE JUDGE