IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

DAVID LEWIS WILEY,                           2:05-cv-1683-GEB-CMK-P

    Petitioner,

 vs.                                                          ORDER

D.L. OLLISON, Warden,

    Respondent.

_____/

        Petitioner, a state prisoner proceeding pro se, brings this petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254. Pending before the court is petitioner's request for a certificate of appealability (Doc. 20), filed on August 15, 2006.

        Petitioner, a state prisoner proceeding pro se, has timely filed a notice of appeal of this court's July 14, 2006, dismissal of his application for a writ of habeas corpus as untimely under 28 U.S.C. § 2244(d). Before petitioner can appeal this decision, a certificate of appealability must issue. See 28 U.S.C. § 2253(c); Fed. R. App. P. 22(b). A certificate of appealability may issue under 28 U.S.C. § 2253 "only if the applicant has made a substantial showing of the denial of a constitutional right." 28 U.S.C. § 2253(c)(2). The court must either

1

1  issue a certificate of appealability indicating which issues satisfy the required showing or must
2  state the reasons why such a certificate should not issue.  <u>See</u> Fed. R. App. P. 22(b).  For the
3  reasons set forth in the magistrate judge's May 26, 2006, findings and recommendations,
4  petitioner has not made a substantial showing of the denial of a constitutional right.
5              Accordingly, IT IS HEREBY ORDERED that petitioner's request for a certificate
6  of appealability is denied.
7  Dated:  August 28, 2006

<pre>
                               /s/ Garland E. Burrell, Jr.
                               GARLAND E. BURRELL, JR.
                               United States District Judge
</pre>